IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**ROBERT RALPH**
1632 West Clover Lane
Mequon, WI 53092

        Plaintiff,

v.

**CHARTER MANUFACTURING COMPANY, INC.**
12121 Corporate Way
Mequon, WI 53092

        Defendant.

Case No.: 25-cv-1296

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff, Robert Ralph, through his attorneys, Hawks Quindel, S.C., by Nicholas E. Fairweather and Forrest C. Stewart, for his Complaint against the Defendant, Charter Manufacturing Company, Inc., states and alleges as follows:

### NATURE OF ACTION

1. Plaintiff, Robert Ralph, brings this action under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12132, *et seq.* ("ADA") and alleges discrimination based on his disability.

### JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case involves federal questions under the ADA.

3. Venue is proper in the Eastern District of Wisconsin under 28 U.S.C. § 1391(b) and 42 U.S.C. §§ 12117(a), 2000e-5(f)(3) because Defendant is located in this District.

4. The Court has personal jurisdiction over Defendant because Defendant's principal offices are located in this District.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Plaintiff timely filed a Discrimination Complaint on October 11, 2022, with the Wisconsin Department of Workforce Development, Equal Rights Division ("ERD"). It was received by the ERD on October 13, 2022.

6. Plaintiff's ERD complaint was cross-filed with the United States Equal Employment Opportunity Commission ("EEOC"). The ERD initiated and completed an investigation into Mr. Ralph's allegations.

7. Prior to filing this Complaint, Plaintiff obtained a Determination and Notice of Rights ("Notice") from the EEOC dated June 2, 2025.

8. This action is brought within ninety (90) days after Plaintiff's receipt of said Notice. A true and correct copy of the Determination and Notice of Rights is attached hereto as **Exhibit A**.

## PARTIES

9. Plaintiff, Robert Ralph ("Mr. Ralph"), is an adult resident of the State of Wisconsin residing at 1632 West Clover Lane, Mequon, Wisconsin 53092.

10. Defendant, Charter Manufacturing Company, Inc. "(Charter")", is a business engaged in manufacturing with its principal office located at 12121 Corporate Parkway, Mequon, Wisconsin 53092.

## FACTUAL ALLEGATIONS

11. Mr. Ralph was originally hired into a full-time Billet Conditioner position in Charter's melt shop.

12. Beginning in May 2020, Mr. Ralph transitioned into and worked as a Mechanical Apprentice.

13. The apprentice position included classroom instruction and on-the-job training.

14. The program lasts for four (4) years but Mr. Ralph's employment was terminated approximately two (2) years into his apprenticeship.

15. Mr. Ralph has been diagnosed with attention deficit hyperactivity disorder ("ADHD").

16. Mr. Ralph is prescribed a medication - Vyvanse (lisdexamfetamine) - to help alleviate symptoms of ADHD.

17. Mr. Ralph's ADHD substantially limits one or more of his major life activities.

18. On June 21, 2022, Charter directed Mr. Ralph to provide a urine sample for a random drug test.

19. The following day, Charter's Human Resources representative, Allison Parker, contacted Mr. Ralph and asked him if he had been informed of a "non-negative" drug test result.

20. Mr. Ralph had not been informed of the test results and had not been instructed to stay home and off work as is Charter's policy when a non-negative drug test result occurs.

21. Mr. Ralph was told that he could not report to work until the test result was cleared up and the testing company's medical review officer authorized the return to work.

22. Mr. Ralph had previously submitted two (2) urine samples for drug testing. The first was a pre-employment drug screen in 2018 and another after a workplace accident in 2019.

23. On both occasions, Mr. Ralph supplied Charter with a copy of his Vyvanse prescription and was allowed to return to work.

24. Charter was aware of Mr. Ralph's disability and treatment for the condition since he began working for Charter.

25. On July 7, 2022, Charter terminated Mr. Ralph's employment on the basis of his non-negative drug screen.

## PLAINTIFF'S FIRST CAUSE OF ACTION:
## AMERICANS WITH DISABILITIES ACT 42 U.S.C. § 12111, et seq.

26. Plaintiff re-alleges and incorporates herein by reference the above numbered paragraphs.

4

27. Mr. Ralph's ADHD is a disability as defined by the Americans with Disabilities Act Amendments Act of 2008, 42 U.S.C. § 12111, *et seq.*

28. At all times relevant to this Complaint, Mr. Ralph took Vyvanse to treat his ADHD.

29. One of the potential side effects of Vyvanse is a non-negative drug test.

30. Defendant terminated Mr. Ralph because of this side effect.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff demands judgment against Defendant and prays for the following relief:

A. Damages equal to the amount of wages, salary, employment benefits, and other compensation denied or lost to Mr. Ralph as a result of Defendant's discriminatory conduct, together with interest thereon;

B. Compensatory damages for past and future losses resulting from the unlawful employment practices, including emotional pain and suffering;

C. Mr. Ralph's costs in this action, including his reasonable attorneys' fees, litigation expenses, and costs; and

D. Such other legal and equitable relief as the Court deems just and proper, including reinstatement to the position in which Mr. Ralph would now be employed but for the unlawful termination, and punitive damages in light of Defendant's malicious and reckless behavior.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.

Dated this 28th day of August, 2025.

>By: *s/ Nicholas E. Fairweather*
>Nicholas E. Fairweather
>State Bar No.: 1036681
>Forrest C. Stewart
>State Bar No.: 1124604
>Attorneys for Plaintiff, Robert Ralph
>**Hawks Quindel, S.C.**
>409 East Main Street
>Post Office Box 2155
>Madison, Wisconsin 53701-2155
>Telephone: (608) 257-0040
>Email: nfairweather@hq-law.com
>Email: fstewart@hq-law.com